UNITED STATES FEDERAL COURT
EASTERN DISTRICT

CHARMINAR BIRYANI HOUSE, a Michigan
limited liability company,
                Plaintiff

Case No: 2:22-cv-11747-MFL-APP
Honorable: Matthew F. Leitman
Magistrate: Anthony P. Patti

-vs-

CHARMINAR BIRYANI HOUSE, an Assumed Name
Of a Valid Foreign Corporation, and
RAJESH CHELIEVERU, and Individual

                Defendants

| Yasir Muhammad (P79976) | Muneeb M. Ahmad, Esq (P70391) |
| --- | --- |
| DETROIT METRO LAW, PLLC | S. Hussain Akbar, Esq (P67967) |
| Attorneys for Plaintiff/Counter-Defendant | AHMAD & AKBAR LAW, PLLC |
| 31500 W 13 Mile Rd, Suite 210 | Attorneys for Defendant/Counter-Plaintiff |
| Farmington Hills, MI 48334 | 811 North Main Street, Suite 301 |
| Ph: (248) 2543178 | Royal Oak, MI 48067 |
| Fax: (248) 988-9045 | Tel: (248) 519-2313 |
| ymuhammad@detroitmetrolaw.net | Fax: (248) 519-2399 |
|  | Muneeb@ahmadandakbar.com |

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND RELIANCE ON JURY DEMAND**
_____

      **NOW COME**, Defendants, CHARMINAR BIRYANI HOUSE, an Assumed

Name of a valid Foreign Corporation, and RAJESH CHELIEVERU, by and through

their undersigned Counsel, Ahmad & Akbar Law, PLLC, and for their Answer to

Plaintiff's First Amended Complaint and Reliance on Jury Demand, hereinafter state as follows:

## PARTIES

1. In answering Paragraph One, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

2. In answering Paragraph Two, Denied. Defendant CBH is an assumed name of Non-Party, Sai Saran, Inc., a Minnesota Corporation. Defendant CBH is also the name of a restaurant owned and operated by Non-Party Sri Lakshmi, Inc., a Michigan Corporation, located at 3337 Greenfield Rd, Dearborn, MI 48120.

3. In answering Paragraph Three, Admitted.

## JURISDICTION AND VENUE

4. In answering Paragraph Four, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required Defendants deny the allegation in this Paragraph as it calls for a legal conclusion.

5. In answering Paragraph Five, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response

is deemed required Defendants deny the allegation in this Paragraph as it calls for a legal conclusion.

## INTRODUCTION

6. In answering Paragraph Six, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

7. In answering Paragraph Seven, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

8. In answering Paragraph Eight, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation,

thus leaving Plaintiff to its proofs.

9. In answering Paragraph Nine, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

10. In answering Paragraph Ten, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendant neither admits nor denies because Defendant lacks knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

11. In answering Paragraph Eleven, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Admitted that Defendants starting operating CBH in 2019, Denied as to the rest of the substance of the allegation, thus leaving Plaintiff to its proof.

12. In answering Paragraph Twelve, this Paragraph of the Complaint contains

Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue.

13. In answering Paragraph Thirteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied.

14. In answering Paragraph Fourteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied.

15. In answering Paragraph Fifteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied. In further, response, the design concept of CBH's logo and mark was inspired from the famous and historic Charminar architecture from Hyderabad, India, and includes 2 imitation minarets, one being a fork and the other being a spoon.

16. In answering Paragraph Sixteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or

conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

17. In answering Paragraph Seventeen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied. In further, response, the design concept of CBH's logo and mark was inspired from the famous and historic Charminar architecture from Hyderabad, India, and includes 2 imitation minarets, one being a fork and the other being a spoon.

18. In answering Paragraph Eighteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

19. In answering Paragraph Nineteen, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

## COUNT I
## Lanham Act – 15 U.S.C. §(s) 1125(a)

20. In answering Paragraph Twenty, Defendant repeats and incorporates by reference, all previously pled responses.

21. In answering Paragraph Twenty-One, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

22. In answering Paragraph Twenty-Two, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

23. In answering Paragraph Twenty-Three, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

24. In answering Paragraph Twenty-Four, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent

that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

25. In answering Paragraph Twenty-Five, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

26. In answering Paragraph Twenty-Six, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

**WHEREFORE**, Defendants hereby respectfully request this Honorable Court **DENY** Plaintiff's prayers for relief in its entirety as set forth in its Complaint and to award a judgment in favor of Defendants and to dismiss this instant action and to further award costs attorney's fees wrongfully incurred in having to defend this frivolous action.

## COUNT II
### INJUCTION – 15 U.S.C. §(s) 1125(c)

27. In answering Paragraph Twenty-Seven, Defendant repeats and incorporates

by reference, all previously pled responses.

28. In answering Paragraph Twenty-Eight, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

29. In answering Paragraph Twenty-Nine, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

30. In answering Paragraph Thirty, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

31. In answering Paragraph Thirty-One, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or

conclusions of law, to which no response is required. To the extent that a response is deemed required Defendant denies the allegation in this Paragraph as it calls for a legal conclusion.

32. In answering Paragraph Thirty-Two, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required denied as the same is untrue and as it calls for a legal conclusion.

**WHEREFORE**, Defendants hereby respectfully request this Honorable Court **DENY** Plaintiff's prayers for relief in its entirety as set forth in its Complaint and to award a judgment in favor of Defendants and to dismiss this instant action and to further award costs attorney's fees wrongfully incurred in having to defend this frivolous action.

## COUNT III
## UNFAIR COMPETITION – MICHIGAN COMMON LAW

33. In answering Paragraph Thirty-Three, Defendant repeats and incorporates by reference, all previously pled responses.

34. In answering Paragraph Thirty-Four, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

35. In answering Paragraph Thirty-Five, this Paragraph of the Complaint contains

Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

36.     In answering Paragraph Thirty-Six, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, Defendants neither admit nor deny because Defendants lack knowledge or information sufficient to form a belief as to the truth of this allegation, thus leaving Plaintiff to its proofs.

37.     In answering Paragraph Thirty-Seven, this Paragraph of the Complaint contains Plaintiff's characterization of its actions, written documents, legal arguments, or conclusions of law, to which no response is required. To the extent that a response is deemed required, denied as the same is untrue and as it calls for a legal conclusion.

**WHEREFORE**, Defendants hereby respectfully request this Honorable Court **DENY** Plaintiff's prayers for relief in its entirety as set forth in its Complaint and to award a judgment in favor of Defendants and to dismiss this instant action and to further award costs attorney's fees wrongfully incurred in having to defend this frivolous action.

## DEMAND FOR JURY

Defendants hereby rely on Plaintiff's demand for trial by jury in the above-entitled action.

Respectfully Submitted,

/s/ Muneeb M. Ahmad
AHMAD & AKBAR LAW, PLLC
Muneeb M. Ahmad (P70391)
Syed Hussain Akbar (P67967)
Attorneys for Defendant
811 North Main Street, Suite 301
Royal Oak, MI 48067
T. (248) 519-2313
F. (248) 519-2399
Hussain@ahmadandakbar.com
Muneeb@ahmadandakbar.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon: Counsel of Record:

On September 12, 2022 by:
☐ US MAIL   ☐ Fax   ☐ Hand delivery
☐ Express mail   ☐ Overnight Courier
☑ Court's Electronic Filing System
☐ Email
☐ Other

_____

Signature: /s/ Muneeb M. Ahmad /